# EXHIBIT A

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** STATE BAR NUMBER: 327601<br>NAME: Daniella Saeedian, Esq.<br>FIRM NAME: SAEEDIAN LAW GROUP<br>STREET ADDRESS: 9025 Wilshire Boulevard, Penthouse<br>CITY: Beverly Hills       STATE: CA    ZIP CODE: 90211<br>TELEPHONE NO.: (310) 288 - 3000    FAX NO.: (310) 382 - 2434<br>EMAIL ADDRESS: service@saeedianlawgroup.com<br>ATTORNEY FOR (name): Plaintiff, Mina Shahi | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
 STREET ADDRESS: 111 North Hill Street
 MAILING ADDRESS:
 CITY AND ZIP CODE: Los Angeles 90012
 BRANCH NAME: Stanley Mosk Courthouse

**Electronically FILED by Superior Court of California, County of Los Angeles 11/17/2025 9:09 AM David W. Slayton, Executive Officer/Clerk of Court, By C. Cervantes, Deputy Clerk**

PLAINTIFF: MINA SHAHI

DEFENDANT: AGE SCIENCES INC., AMAZON.COM SERVICES LLC, and

[X] DOES 1 TO 50 _____ Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  [ ] **AMENDED (Number):**
**Type (check all that apply):**
  [ ] **MOTOR VEHICLE**    [X] **OTHER (specify):** Products Liability
    [ ] **Property Damage**  [ ] **Wrongful Death**
    [X] **Personal Injury**  [X] **Other Damages (specify):** Incidental

**Jurisdiction (check all that apply):**
  [ ] **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**
    Amount demanded [ ] does not exceed $10,000
         [ ] exceeds $10,000
  [X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
  [ ] **ACTION IS RECLASSIFIED by this amended complaint**
    [ ] **from limited to unlimited**
    [ ] **from unlimited to limited**

CASE NUMBER:

25STCV33399

1. **Plaintiff** (name or names): MINA SHAHI

 alleges causes of action against **defendant** (name or names):
 AGE SCIENCES INC., AMAZON.COM SERVICES LLC, and DOES 1 to 50, Inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult

 a. [ ]  **except** plaintiff (name):

   (1) [ ]  a corporation qualified to do business in California.
   (2) [ ]  an unincorporated entity (describe):
   (3) [ ]  a public entity (describe):
   (4) [ ]  a minor  [ ]  an adult
     (a) [ ]  for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
     (b) [ ]  other (specify):

   (5) [ ]  other (specify):

 b. [ ]  **except** plaintiff (name):

   (1) [ ]  a corporation qualified to do business in California.
   (2) [ ]  an unincorporated entity (describe):
   (3) [ ]  a public entity (describe):
   (4) [ ]  a minor  [ ]  an adult
     (a) [ ]  for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
     (b) [ ]  other (specify):

   (5) [ ]  other (specify):

 [ ]  Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE:<br>SHAHI v. AGE SCIENCES INC., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant *(name):* Age Sciences Inc.
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☒ **except** defendant *(name):* Amazon.com Services LLC
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☒ Doe defendants *(specify Doe numbers):* 1-50                    were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants *(specify Doe numbers):* 1-50                    are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

---

PLD-PI-001 [Rev. January 1, 2024]          **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**          **Page 2 of 3**

**PLD-PI-001**

| SHORT TITLE:<br>  SHAHI v. AGE SCIENCES INC., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   a. ☐ Motor Vehicle

   b. ☒ General Negligence

   c. ☐ Intentional Tort

   d. ☒ Products Liability

   e. ☐ Premises Liability

   f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*

   a. ☒ wage loss.

   b. ☒ loss of use of property.

   c. ☒ hospital and medical expenses.

   d. ☒ general damage.

   e. ☒ property damage.

   f. ☒ loss of earning capacity.

   g. ☒ other damage *(specify):*
     INCIDENTAL, EMOTIONAL DISTRESS, MENTAL ANGUISH, COSTS OF FUTURE MEDICAL TREATMENT AND CARE AND TREATMENT, ALL PREJUDGEMENT INTEREST, COSTS OF SUIT, AS WELL AS ANY AND OTHER DAMAGES ALLOWED BY LAW

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

   a. ☐ listed in Attachment 12.

   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. (1) ☒ compensatory damages.

      (2) ☐ punitive damages.

   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

      (1) ☒ according to proof.

      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   PROD L-1, PROD L-2, PROD L-3, PROD L-4, PROD L-5, PROD L-6, PROD L-7, GN-1

Date: November 17, 2025

Daniella Saeedian, Esq.
_____
(TYPE OR PRINT NAME)

▶ *Daniella Saeedian*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| SHAHI v. AGE SCIENCES INC., et al. | |

**1**_____ **CAUSE OF ACTION—Products Liability**    Page ____4____
_(number)_

ATTACHMENT TO  ☑ Complaint    ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):*  MINA SHAHI

Prod. L-1. On or about *(date):*  April 6, 2025                plaintiff was injured by the following product:
PMD Personal Microderm Classic - At-Home Microderm Machine with Kit for Face & Body

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being

  ☑   used in the manner intended by the defendants.

  ☐   used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a

  ☑  purchaser of the product.        ☑  user of the product.

  ☐  bystander to the use of the product.    ☐  other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4.  ☑  **Count One—Strict liability** of the following defendants who

  a.  ☑  manufactured or assembled the product *(names):*
    AGE SCIENCES INC., and
      ☑  Does 1_____ to 50_____

  b.  ☑  designed and manufactured component parts supplied to the manufacturer *(names):*
    UNKNOWN CURRENTLY
      ☑  Does 1_____ to 50_____

  c.  ☑  sold the product to the public *(names):*
    AGE SCIENCES INC., AMAZON.COM SERVICES LLC, and
      ☑  Does 1_____ to 50_____

Prod. L-5.  ☑  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
    AGE SCIENCES INC., AMAZON.COM SERVICES LLC, and
      ☑  Does 1_____ to 50_____

Prod. L-6.  ☑  **Count Three—Breach of warranty** by the following defendants *(names):*
    AGE SCIENCES INC., AMAZON.COM SERVICES LLC, and
      ☑  Does 1_____ to 50_____

  a.  ☑  who breached an implied warranty

  b.  ☐  who breached an express warranty which was
      ☐  written    ☐  oral

Prod. L-7.  ☑  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      ☐  listed in Attachment-Prod. L-7 ☑  as follows:
    AGE SCIENCES INC.; AMAZON.COM SERVICES LLC and DOES 1 to 50, Inclusive

Page 1 of 1

PLD-PI-001(2)

| SHORT TITLE:<br>SHAHI v. AGE SCIENCES INC., et al. | CASE NUMBER: |
|---|---|

SECOND _____
(number)

**CAUSE OF ACTION—General Negligence**    Page _____5_____

ATTACHMENT TO   [ x ] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  MINA SHAHI

alleges that defendant *(name):* AGE SCIENCES INC., AMAZON.COM SERVICES LLC, and

[ x ] Does    1_____   to 50_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: April 6, 2025

at *(place)*: or near 1042 Shenandoah Street, Los Angeles, CA 90035

*(description of reasons for liability):*
The Defendants, and each of them, were at all relevant times the agents, servants, partners, employees, and joint venturers of one another, and were acting within the course and scope of said agency, servitude, partnership, employment, and joint venture. In doing so, Defendants negligently, carelessly, recklessly, and with willful disregard for the rights and safety of Plaintiff, designed, manufactured, assembled, tested, inspected, distributed, supplied, marketed, warranted, sold, and/or otherwise placed into the stream of commerce a certain product that was unreasonably dangerous and defective when used in a reasonably foreseeable manner. Said negligence, carelessness, and recklessness directly and proximately caused the product to malfunction and/or fail, thereby causing it to injure Plaintiff and resulting in severe bodily injuries and general and special damages.

As a further proximate result of the negligence and wrongful conduct of Defendants, and each of them, Plaintiff has incurred and will continue to incur medical expenses, loss of earnings, pain, suffering, and other damages, all in amounts to be proven at trial.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
*www.courts.ca.gov*