Daniella Saeedian (State Bar No. 327601)
Molly Prendes (State Bar No. 364674)
**SAEEDIAN LAW GROUP**
9100 Wilshire Boulevard, Suite 500W
Beverly Hills, California 90212
Telephone: (310) 288-3000
Facsimile: (310) 382-2434
Email: service@saeedianlawgroup.com
Attorneys for Plaintiff, MINA SHAHI

Christopher P. Norton (State Bar No. 234621)
Mike Cohen (State Bar No. 346737)
**SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD.**
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: (424) 431-1990
Direct Dial: (424) 431-4432
Email: cnorton@smsm.com
Email: mcohen@smsm.com
Attorneys for Defendant, AGE SCIENCES, INC.

M. Ray Hartman III (CA SBN 211205)
Wanqian Zhang (CA SBN 360025)
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 200
San Diego, California 92130-3588
Telephone: 858.720.5100
Facsimile: 858.720.5125
Email: RHartman@mofo.com
Email: WZhang@mofo.com
Attorneys for Defendant, AMAZON.COM SERVICES LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MINA SHAHI,

Plaintiff,

v.

AGE SCIENCES INC. d/b/a PMD ET AL.,

Defendants.

Case No. 2:26-cv-03239 MEMF (BFMx)

**ORDER APPROVING STIPULATED PROTECTIVE ORDER ON CONFIDENTIALITY**

Having considered the Parties' Stipulated Protective Order on Confidentiality ("Stipulation"), and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulation is approved and entered as an Order of the Court in this action.

Dated: august 18, 2026

The Honorable Brianna Fuller Mircheff
United States Magistrate Judge